TERRENCE P. McMAHON (SBN: 71910)
tmcmahon@mwe.com
VERA M. ELSON (SBN: 156327)
velson@mwe.com
VANESSA LEFORT (SBN: 260687)
vlefort@mwe.com
McDERMOTT WILL & EMERY LLP
275 Middlefield Road
Suite 100
Menlo Park, CA  94025-4004
Telephone:     +1 650 815 7400
Facsimile:      +1 650 815 7401

Attorneys for Defendant

GOOGLE INC.

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MASTEROBJECTS, INC., <br><br> Plaintiff, <br><br> v. <br><br> GOOGLE INC. <br><br> Defendant. | CASE NO. CV 11-01054 PJH <br><br> **JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR GOOGLE'S RESPONSE TO AMAZON'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED and FOR ANY HEARING** <br><br> Date: No hearing date is required [Civ. L.R. 6-2(b)] |

On Friday, June 3, 2011, Amazon .com, Inc. ("Amazon") filed an Administrative Motion To Consider Whether Cases Should Be Related (Dkt. 15).  Pursuant to Civil Local Rule 7-11(b), Defendant Google Inc.'s ("Google") response to this Motion would be due four days later on Tuesday, June 7, 2011.  Plaintiff Masterobjects, Inc., Amazon, and Google, by and through their respective counsel, hereby stipulate and agree to extend the deadline for Google to file its response to Amazon's Motion from June 7 to June 14, 2011; and, to the extent the hearing date of June 15, 2011 that is indicated at Docket Entry 15 is not vacated by the Court's Docket Entry of June 6, 2011 terminating deadlines, it is hereby stipulated and agreed to extend the hearing date from June 15 to June 22, 2011.  The supporting declaration required under Civ. L.R. 6-2 is filed herewith.

Joint Stipulation and [Proposed] Order To Extend Time for Google's Response to Amazon's Admin. Motion To Consider Whether Cases Should Be Related and Any Hr'g

CASE NO.  CV 11-01054 PJH

1  IT IS SO STIPULATED.

2  Pursuant to General Order 45(X)(B), the filer of this Joint Stipulation and [Proposed]

3  Order, Vera M. Elson, attests that concurrence in the filing of this Joint Stipulation and

4  [Proposed] Order and supporting declaration has been obtained from each of the other signatories.

5

6  Dated: June 6, 2011                             HOSIE RICE LLP

7                                                  By /s/ William P. Nelson
                                                      WILLIAM P. NELSON

8                                                     Attorneys for Plaintiff
                                                      MASTEROBJECTS, INC.
9

10 Dated: June 6, 2011                             ORRICK, HERRINGTON & SUTCLIFFE LLP

11
                                                   By /s/ I. Neel Chaterjee
12                                                    I. NEEL CHATERJEE

13                                                    Attorneys for
                                                      AMAZON.COM, INC.
14

15 Dated: June 6, 2011                             McDERMOTT WILL & EMERY LLP

16

17                                                 By: /s/ Vera M. Elson
                                                      VERA M. ELSON
18                                                    Attorneys for Defendant
                                                      GOOGLE INC.
19

20

21                                       **O R D E R**

22  PURSUANT TO STIPULATION, IT IS SO ORDERED.   NO HEARING WILL BE HELD
                                                  ON THIS MOTION.
23

24  DATED: __6/8/11_____        _____
25                                            The Honorable Judge
                                              Phyllis J. Hamilton
26                                            [STAMP: IT IS SO ORDERED / Judge Phyllis J. Hamilton / UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]

27  DM_US 28903605-1.088978.0011

28

Joint Stipulation and [Proposed] Order To Extend Time for
Google's Response to Amazon's Admin. Motion To          - 2 -           CASE NO.  CV 11-01054 PJH
Consider Whether Cases Should Be Related and Any Hr'g