| | |
|---|---|
| SPENCER HOSIE (SBN 101777) | TERRENCE P. McMAHON (SBN 71910) |
| shosie@hosielaw.com | tmcmahon@mwe.com |
| GEORGE F. BISHOP (SBN 89205) | VERA M. ELSON (SBN 156327) |
| gbishop@hosielaw.com | velson@mwe.com |
| DIANE S. RICE (SBN 118303) | VANESSA LEFORT (SBN 260687) |
| drice@hosielaw.com | vlefort@mwe.com |
| WILLIAM P. NELSON (SBN 196091) | McDERMOTT WILL & EMERY LLP |
| wnelson@hosielaw.com | 275 Middlefield Road, Suite 100 |
| HOSIE RICE LLP | Menlo Park, CA  94024-4004 |
| 600 Montgomery Street, 34th Floor | (650) 815-7415 Tel. |
| San Francisco, CA 941111 | (650) 815-7401 Fax |
| (415) 247-6000 Tel. | |
| (415) 247-6001 Fax | *Attorneys for Defendant* |
| | *GOOGLE INC*. |
| *Attorneys for Plaintiff* | |
| *MASTEROBJECTS, INC*. | |

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| MASTEROBJECTS, INC., | Case No. CV 11-1054 PJH |
| Plaintiff, | |
| v. | **STIPULATION AND [PROPOSED] ORDER FOR LEAVE TO FILE FIRST AMENDED COMPLAINT** |
| GOOGLE INC., | |
| Defendant. | |

Plaintiff MasterObjects, Inc. ("Plaintiff") and defendant Google Inc. ("Defendant"), hereby stipulate through their respective counsel of record as follows:

WHEREAS, on or about March 7, 2011, Plaintiff served its Original Complaint upon Defendant;

WHEREAS, Defendant filed a Motion to Dismiss the Original Complaint, or in the Alternative, For a More Definite Statement (D.N. 11) under F.R.C.P. 12 on April 27, 2011;

WHEREAS, without conceding the allegations in the motion, MasterObjects has proposed an Amended Complaint in order to respond to the alleged deficiencies;

WHEREAS, Google has stipulated that it will not oppose the filing of an Amended Complaint, while reserving all rights to then respond as it deems appropriate to the Amended Complaint, including with respect to any objections, defenses, and/or perceived deficiencies under F.R.C.P. 12 or any other federal or local rule;

WHEREAS, Google hereby makes no representation or concession as to whether the Amended Complaint cures any alleged deficiencies;

WHEREAS, no trial date has yet been set in this action;

WHEREFORE IT IS HEREBY STIPULATED BY THE PARTIES HERETO that Google does not oppose Plaintiff's filing of its First Amended Complaint, attached hereto as Exhibit 1.


Dated:  June 8, 2011				HOSIE RICE LLP


						By: */s/   William P. Nelson*
						       William P. Nelson
						       *Attorneys for Plaintiff*
						       *MasterObjects, Inc.*

McDERMOTT WILL & EMERY LLP

By:  /s/  Vera M. Elson
      Vera M. Elson
      *Attorneys for Defendant*
      *Google Inc.*

I hereby attest pursuant to General Order 45.X.B. that concurrence in the electronic filing of this document has been obtained from the other signatories.

Dated: June 8, 2011

/s/       William P. Nelson
William P. Nelson

**PURSUANT TO STIPULATION IT IS ORDERED THAT**

Leave to file Plaintiff's First Amended Complaint is GRANTED.

Dated: June 10, 2011



_____
Honorable Phyllis J. Hamilton
U.S. District Court Judge