| | |
|---|---|
| SPENCER HOSIE (SBN 101777) | TERRENCE P. McMAHON (SBN 71910) |
| shosie@hosielaw.com | tmcmahon@mwe.com |
| GEORGE F. BISHOP (SBN 89205) | VERA M. ELSON (SBN 156327) |
| gbishop@hosielaw.com | velson@mwe.com |
| DIANE S. RICE (SBN 118303) | VANESSA LEFORT (SBN 260687) |
| drice@hosielaw.com | vlefort@mwe.com |
| WILLIAM P. NELSON (SBN 196091) | McDERMOTT WILL & EMERY LLP |
| wnelson@hosielaw.com | 275 Middlefield Road, Suite 100 |
| HOSIE RICE LLP | Menlo Park, CA  94024-4004 |
| 600 Montgomery Street, 34th Floor | (650) 815-7415 Tel. |
| San Francisco, CA 941111 | (650) 815-7401 Fax |
| (415) 247-6000 Tel. | |
| (415) 247-6001 Fax | *Attorneys for Defendant* |
| | *GOOGLE INC.* |
| *Attorneys for Plaintiff* | |
| *MASTEROBJECTS, INC.* | |

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| MASTEROBJECTS, INC., | Case No. CV 11-1054 PJH |
| Plaintiff, | |
| v. | **STIPULATION AND [PROPOSED] ORDER FOR WITHDRAWAL OF DEFENDANT'S MOTION TO DISMISS** |
| GOOGLE INC., | |
| Defendant. | |

Plaintiff MasterObjects, Inc. ("Plaintiff") and defendant Google Inc. ("Defendant"), hereby stipulate through their respective counsel of record as follows:

WHEREAS, on or about March 7, 2011, Plaintiff served its Original Complaint upon Defendant;

WHEREAS, Defendant filed a Motion to Dismiss the Original Complaint, or in the Alternative, For a More Definite Statement (D.N. 11) under F.R.C.P. 12 on April 27, 2011;

WHEREAS, Plaintiff filed a First Amended Complaint (D.N. 22-1) and Stipulation and [Proposed] Order for Leave to File a First Amended Complaint (D.N. 22) on June 8, 2011;

WHEREAS, Google stipulates to withdrawing, without prejudice to refile its Motion to Dismiss the Original Complaint, or in the Alternative, For a More Definite Statement (D.N. 11) filed on April 27, 2011;

WHEREAS, if the Court denies Plaintiff's request for leave to file its First Amended Complaint, Google reserves all rights to re-file its current Motion to Dismiss the Original Complaint, or in the Alternative, For a More Definite Statement;

WHEREAS, if the Court grants Plaintiff's request for leave to file its First Amended Complaint, Google reserves all rights to respond as it deems appropriate to the Plaintiff's First Amended Complaint, including with respect to any objections, defenses, and/or perceived deficiencies under F.R.C.P. 12 or any other federal or local rule;

WHEREFORE IT IS HEREBY STIPULATED BY THE PARTIES HERETO that Plaintiff does not oppose Defendant's withdrawal of its Motion to Dismiss the Original Complaint, or in the Alternative, For a More Definite Statement (D.N. 11) under F.R.C.P. 12 filed on April 27, 2011.

Dated: June 9, 2011                               McDERMOTT WILL & EMERY LLP

                                               By:  /s/  Vera M. Elson
                                                    Vera M. Elson
                                                    *Attorneys for Defendant*
                                                    *Google Inc.*

                                          HOSIE RICE LLP

                                          By: /s/  William P. Nelson
                                                William P. Nelson
                                                *Attorneys for Plaintiff*
                                                *MasterObjects, Inc.*

I hereby attest pursuant to General Order 45.X.B. that concurrence in the electronic filing of this document has been obtained from the other signatories.

Dated: June 9, 2011

                                          /s/     Vera M. Elson
                                          Vera M. Elson

1  **PURSUANT TO STIPULATION IT IS ORDERED THAT**

2  Stipulation to withdraw Defendant's Motion to Dismiss the Original Complaint, or in
3  the Alternative, For a More Definite Statement (D.N. 11), filed on April 27, 2011 is
4  GRANTED WITHOUT PREJUDICE.

7  Dated: June 10 2011

_____
Honorable
U.S. D
*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*

9  DM_US 28932298-1.088978.0011