TERRENCE P. McMAHON (SBN: 71910)
tmcmahon@mwe.com
VERA M. ELSON (SBN: 156327)
velson@mwe.com
VANESSA LEFORT (SBN: 260687)
vlefort@mwe.com
McDERMOTT WILL & EMERY LLP
275 Middlefield Road
Suite 100
Menlo Park, CA  94025-4004
Telephone:    +1 650 815 7400
Facsimile:    +1 650 815 7401

Attorneys for Defendant and Counterclaimant
GOOGLE INC.

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| MASTEROBJECTS, INC.,<br><br>    Plaintiff,<br><br>  v.<br><br>GOOGLE INC.<br><br>    Defendant and Counterclaimant. | CASE NO. CV 11-01054 PJH<br><br>**JOINT STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE** |

Plaintiff MasterObjects, Inc. ("Plaintiff") and defendant Google Inc. ("Defendant"), hereby stipulate through their respective counsel of record as follows:

WHEREAS, on May 3, 2011 the Court ordered the following (Dkt. No. 4):

- The Case Management Conference ("CMC") shall be held on July 21, 2011, at 2:00 p.m.;
- The last day for counsel to file a joint case management statement is not less than seven (7) days before the CMC; and
- Any request to reschedule the date of the conference shall be made in writing, and by stipulation if possible, at least ten (10) days before the date of the conference and must be based on good cause;

WHEREAS, on June 29, 2011, counsel for the parties met and conferred pursuant to Rule 26(f);

WHEREAS, pursuant to their discussions at the Rule 26(f) conference, Plaintiff and Defendant stipulate and agree as follows:

- There is good cause to continue the CMC conference to August 4, 2011, because Terrence P. McMahon, lead counsel for Defendant, will not otherwise be able to attend the CMC;
- The Joint Case Management Statement shall be filed by July 14, 2011; and
- The parties' respective Initial Disclosures pursuant to Fed. R. Civ. P. 26(a)(1) shall be served no later than July 14, 2011.

WHEREFORE IT IS HEREBY STIPULATED BY THE PARTIES HERETO that

- The CMC shall be continued to August 4, 2011;
- The Joint Case Management Statement shall be filed by July 14, 2011; and
- The parties' respective Initial Disclosures pursuant to Fed. R. Civ. P. 26(a)(1) shall be served no later than July 14, 2011.

Dated: July 1, 2011

McDERMOTT WILL & EMERY LLP

By: /s/ Terrence P. McMahon
Terrence P. McMahon
*Attorneys for Defendant and Counterclaimant Google Inc.*

HOSIE RICE LLP

By: /s/ William P. Nelson
William P. Nelson
*Attorneys for Plaintiff MasterObjects, Inc.*

Pursuant to General Order 45(X)(B), the filer of this Joint Stipulation and [Proposed] Order, Terrence P. McMahon, attests the concurrence in the filing of this Joint Stipulation and [Proposed] Order from each of the signatories.

McDERMOTT WILL & EMERY LLP

By: /s/ Terrence P. McMahon
Terrence P. McMahon
*Attorneys for Defendant and Counterclaimant Google Inc.*

**O R D E R**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: 7/5/11 _____
The Honorable
IT IS SO ORDERED
Judge Phyllis J. Hamilton

**CERTIFICATE OF SERVICE**

I am over the age of eighteen years and not a party to the within-entitled action. My business address is18191 Von Karman Avenue, Suite 500, Irvine, CA 92612 . I served a copy of the within document(s): **JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE**

☒ I electronically filed the with the Clerk of the Court using the CM/ECF system

☐ By transmitting via electronic mail the document(s) listed below to the email addresses set forth below on this date:

☐ By placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Irvine, California addressed as set forth below:

☐ By Personal Service: I served a true copy to each person[s] named at the address[es] shown.

☐ By Federal Express: I placed a true copy in a sealed envelope addressed as indicated above, on the above-mentioned date. I am familiar with the firm's practice of collection and processing correspondence for delivery by Federal Express. Pursuant to that practice, envelopes placed for collection at designated locations during designated hours are delivered to Federal Express with a fully completed air bill, under which all delivery charges are paid by McDermott Will & Emery LLP, that same day in the ordinary course of business

Executed on July 1, 2011 at Irvine, California.

　　　　　　　　　　　　　　　　　　　 /s/ Terrence P. McMahon
　　　　　　　　　　　　　　　　　　　Terrence P. McMahon

DM_US 29235513-1.088978.0011