SPENCER HOSIE (SBN 101777)
shosie@hosielaw.com
GEORGE F. BISHOP (SBN 89205)
gbishop@hosielaw.com
DIANE S. RICE (SBN 118303)
drice@hosielaw.com
WILLIAM P. NELSON (SBN 196091)
wnelson@hosielaw.com
HOSIE RICE LLP
600 Montgomery Street, 34th Floor
San Francisco, CA 941111
(415) 247-6000 Tel.
(415) 247-6001 Fax

*Attorneys for Plaintiff*
*MASTEROBJECTS, INC.*

TERRENCE P. McMAHON (SBN 71910)
tmcmahon@mwe.com
VERA M. ELSON (SBN 156327)
velson@mwe.com
VANESSA LEFORT (SBN 260687)
vlefort@mwe.com
McDERMOTT WILL & EMERY LLP
275 Middlefield Road, Suite 100
Menlo Park, CA  94024-4004
(650) 815-7415 Tel.
(650) 815-7401 Fax

*Attorneys for Defendant*
*GOOGLE INC.*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MASTEROBJECTS, INC.,<br><br>  Plaintiff,<br><br>v.<br><br>GOOGLE INC.,<br><br>  Defendant.<br>―――――――――――――――――<br>AND RELATED COUNTERCLAIMS | Case No. CV 11-1054 PJH<br><br>**STIPULATION AND [P~~ROPOSED~~]**<br>**ORDER FOR LEAVE TO FILE**<br>**SECOND AMENDED COMPLAINT** |

Plaintiff MasterObjects, Inc. ("Plaintiff") and defendant Google Inc. ("Defendant"), hereby stipulate through their respective counsel of record as follows:

WHEREAS, on or about March 7, 2011, Plaintiff served its Original Complaint upon Defendant; Plaintiff's Original Complaint alleges counts for patent infringement, including direct infringement, induced infringement, and contributory infringement;

WHEREAS, Plaintiff filed its First Amended Complaint on June 10, 2011;

WHEREAS, at the September 22, 2011 Status Conference, the parties discussed the circumstances under which MasterObject's newly allowed patent application would be asserted in this action;

WHEREAS, U.S. Patent No. 8,060,639 issued to MasterObjects on November 15, 2011;

WHEREAS, Plaintiff intends to seek leave to file its Second Amended Complaint, whereby Plaintiff no longer alleges (and hereby withdraws its earlier allegations) that Defendant infringes under 35 U.S.C. §§ 271 (b) or (c).

WHEREFORE IT IS HEREBY STIPULATED BY THE PARTIES HERETO that Plaintiff may seek leave from the Court to file its Second Amended Complaint, attached hereto as Exhibit 1, and Defendant will not oppose. Plaintiff and Defendant, through their respective counsel of record, have agreed to this filing.

Dated:  November 22, 2011                                  HOSIE RICE LLP


By: */s/  William P. Nelson*_____
     William P. Nelson
     *Attorneys for Plaintiff*
     *MasterObjects, Inc.*

STIPULATION AND [PROPOSED] ORDER FOR             2                    Case No. CV 11-1054 PJH
LEAVE TO FILE SECOND AMENDED COMPLAINT

                McDERMOTT WILL & EMERY LLP


             By:   /s/  Vera M. Elson  
                Vera M. Elson  
                *Attorneys for Defendant*  
                *Google Inc.*

  I hereby attest pursuant to General Order 45.X.B. that concurrence in the electronic filing of this document has been obtained from the other signatories.

Dated: November 22, 2011

              */s/ William P. Nelson*  
              William P. Nelson

**PURSUANT TO STIPULATION IT IS ORDERED THAT**

Leave to file Plaintiff's Second Amended Complaint is GRANTED.

Dated: November 29, 2011



_____
Honorable Phyllis J. Hamilton
U.S. District Court Judge

STIPULATION AND [PROPOSED] ORDER FOR   4   Case No. CV 11-1054 PJH
LEAVE TO FILE SECOND AMENDED COMPLAINT