1  TERRENCE P. McMAHON (SBN: 71910)
   tmcmahon@mwe.com
2  VERA M. ELSON (SBN: 156327)
   velson@mwe.com
3  McDERMOTT WILL & EMERY LLP
   275 Middlefield Road, Suite 100
4  Menlo Park, CA  94025-4004
   Telephone:     +1 650 815-7400
5  Facsimile:      +1 650 815-7401

6  DANIEL R. FOSTER (SBN: 179753)
   dfoster@mwe.com
7  McDERMOTT WILL & EMERY LLP
   18191 Von Karman Ave, Suite 500
8  Irvine, CA  92612-7108
   Telephone:     +1 949 757-7103
9  Facsimile:      +1 949 851-9347

10 Attorneys for Defendant and Counterclaimant
   GOOGLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MASTEROBJECTS, INC., | CASE NO. CV 11-01054 PJH |
| Plaintiff, | **JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING REGARDING DISCOVERY LETTERS** |
| v. | |
| GOOGLE INC., | Old Date: December 22, 2011 |
| Defendant. | New Date: January 19, 2012<br>Dept: Courtroom 4 – 3rd Floor<br>Before:         Hon. Laurel Beeler |
| AND RELATED COUNTERCLAIMS. | |

Plaintiff MasterObjects, Inc. ("MasterObjects") and Defendant Google Inc. ("Google") hereby stipulate and request that the Court continue the hearing regarding discovery letters filed by the parties (Docket Nos. 54, 56 and 57), to January 19, 2012, at 11:00 a.m. or another time that is convenient for the Court.

JOINT STIPULATION TO CONTINUE
HEARING ON DISCOVERY LETTERS                                                CASE NO. CV 11-01054 PJH

1     IT IS SO STIPULATED.

2

3   Date: December 20, 2011                 HOSIE RICE LLP

4

5                                           By: /s/ *William P. Nelson*
                                                  William P. Nelson

6                                           Attorneys for Plaintiff and
                                          Counterdefendant

7                                           MASTEROBJECTS, INC.

8

9   Date: December 20, 2011                 McDERMOTT WILL & EMERY LLP

10                                           By: /s/ *Daniel R, Foster*
                                                 DANIEL R. FOSTER

11

12                                         Attorneys for Defendant and
                                        Counterclaimant

13                                         GOOGLE INC.

14      Pursuant to General Order 45(X)(B), the filer of this document, attests the concurrence in

15 the filing of this document has been obtained from each of the above signatories.

16

17 Date: December 20, 2011                 McDERMOTT WILL & EMERY LLP

18                                           By: /s/ *Daniel R, Foster*
                                                 DANIEL R. FOSTER

19

20                                         Attorneys for Defendant and
                                        Counterclaimant

21                                         GOOGLE INC.

22

23

24

25

26

27

28

**ORDER**

The Court hereby continues the hearing on discovery letters to January 19, 2012, at 11:00 a.m.

IT IS SO ORDERED.

Dated: _December 21, 2011

By:_ _____

_____

Honorable Laurel Beeler
U.S. District Magistrate Judge

DM_US 31113417-1.088978.0011