SPENCER HOSIE (CA Bar No. 101777)
shosie@hosielaw.com
GEORGE F. BISHOP (CA Bar No. 89205)
gbishop@hosielaw.com
DIANE S. RICE (CA Bar No. 118303)
drice@hosielaw.com
WILLIAM P. NELSON (CA Bar No. 196091)
wnelson@hosielaw.com
HOSIE RICE LLP
The Transamerica Pyramid
600 Montgomery Street, 34th Floor
San Francisco, CA 94111
(415) 247-6000 Tel.
(415) 247-6001 Fax

*Attorneys for Plaintiff*
*MASTEROBJECTS, INC.*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| MASTEROBJECTS, INC.,<br><br>  Plaintiff,<br><br>v.<br><br>GOOGLE INC.,<br><br>  Defendant. | Case No. CV 11-1054 PJH<br><br>**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION FOR LEAVE TO FILE SUPPLEMENTAL BRIEFING** |

Before the Court is Plaintiff MasterObjects, Inc.'s ("MasterObjects") Administrative Motion for Leave to File Supplemental Briefing in Opposition to Defendant Google Inc.'s ("Google") Motion for Partial Summary Judgment. After due consideration, the motion is well taken and the Court hereby **GRANTS** the motion. Plaintiff may file a one-page supplemental pleading in opposition to Defendant's motion for partial summary judgment to

address the allowance of the MasterObjects 2001 Application.  Seven days following such filing, Defendant may file a one-page responsive supplemental pleading.

Date:  __12/23/2011_____                    _____
                                                    Hon. PHYLLIS J. HAMILTON
                                                    United States District Court Judge