DOUGLAS E. LUMISH (Bar No. 183863)
dlumish@kasowitz.com
JEFFREY G. HOMRIG (Bar No. 215890)
jhomrig@kasowitz.com
JOSEPH H. LEE (Bar No. 248046)
jlee@kasowitz.com
JOSEPH B. SHEAR (Bar No. 262222)
jshear@kasowitz.com
KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
333 Twin Dolphin Drive, Suite 200
Redwood Shores, CA  94065
Telephone (650) 453-5170
Facsimile (650) 453-5171

JONATHAN K. WALDROP (*pro hac vice*)
jwaldrop@kasowitz.com
KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
1349 WEST PEACHTREE STREET, N.W., SUITE 1500
ATLANTA, GA  30309
Telephone (404) 260-6133
Facsimile (404) 260-6081

Attorneys for Defendant and Counterclaimant
GOOGLE, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MASTEROBJECTS, INC.,<br><br>　　　　Plaintiff and<br>　　　　Counter-defendant<br><br>　v.<br><br>GOOGLE INC.,<br><br>　　　　Defendant and<br>　　　　Counterclaimant. | CASE NO. CV 11-01054 PJH<br><br>(**Proposed**)<br>**ORDER GRANTING APPLICATION FOR ADMISSION OF JONATHAN K. WALDROP *PRO HAC VICE*** |

Jonathan K. Waldrop, whose business address and telephone number is Kasowitz, Benson, Torres & Friedman LLP, 1349 West Peachtree Street, N.W., Atlanta, GA 30309,

(404) 260-6133, an active member in good standing of the bar of Georgia Court of Appeals, Georgia Supreme Court, U.S. District Court for the Northern District of Georgia, Virginia Supreme Court, New York Court of Appeals, NY Supreme Court, U.S. District Court for the Eastern District of Pennsylvania, DC Court of Appeals, having applied for admission to practice in the Northern District of California on a pro hac vice basis representing GOOGLE, INC.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: March 13, 2012

By:_____
U.S. District Judge Phyllis J. Hamilton



TITLE

- 2 -

CASE NO. CV 11-01054 PH