1  SPENCER HOSIE (SBN 101777)
   shosie@hosielaw.com
2  GEORGE F. BISHOP (SBN 89205)
   gbishop@hosielaw.com
3  DIANE S. RICE (SBN 118303)
   drice@hosielaw.com
4  WILLIAM P. NELSON (SBN 196091)
   wnelson@hosielaw.com
5  HOSIE RICE LLP
   600 Montgomery Street, 34th Floor
6  San Francisco, CA 941111
   (415) 247-6000 Tel.
7  (415) 247-6001 Fax

8  Attorneys for Plaintiff and Counter-
9  defendant
   MASTEROBJECTS, INC.

   DOUGLAS E. LUMISH (Bar No. 183863)
   dlumish@kasowitz.com
   JEFFREY G. HOMRIG (Bar No. 215890)
   jhomrig@kasowitz.com
   JOSEPH H. LEE (Bar No. 248046)
   jlee@kasowitz.com
   JOSEPH B. SHEAR (Bar No. 262222)
   jshear@kasowitz.com
   KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
   333 Twin Dolphin Drive, Suite 200
   Redwood Shores, CA  94065
   Telephone (650) 453-5170
   Facsimile (650) 453-5171

   JONATHAN K. WALDROP (*pro hac vice*)
   jwaldrop@kasowitz.com
   KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
   1349 West Peachtree Street, N.W., Suite 1500
   Atlanta, GA  30309
   Telephone (404) 260-6133
   Facsimile (404) 260-6081

   Attorneys for Defendant and Counterclaimant
   GOOGLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MASTEROBJECTS, INC., <br><br> Plaintiff and Counter-defendant <br><br> v. <br><br> GOOGLE INC., <br><br> Defendant and Counterclaimant. | CASE NO. CV 11-01054 PJH <br><br> ORDER DENYING <br> **STIPULATION** ~~**AND [PROPOSED] ORDER**~~ **TO EXTEND DEADLINES RELATED TO PLAINTIFF'S MOTION FOR LEAVE TO FILE THIRD AMENDED COMPLAINT** |

STIPULATION AND [PROPOSED] ORDER TO
EXTEND DEADLINES RELATED  TO PLAINTIFF'S
MOTION FOR LEAVE TO FILE THIRD AMENDED
COMPLAINT

CASE NO. CV 11-01054 PJH

Pursuant to Civil L.R. 6-2, Plaintiff MasterObjects, Inc. ("Plaintiff") and Defendant Google Inc. ("Defendant"), hereby stipulate as follows:

WHEREAS, on or about March 5, 2012, Plaintiff filed its Motion for Leave to File Third Amended Complaint (the "Third Motion to Amend");

WHEREAS, Defendant's response is due March 19, 2012, and Plaintiff's reply is due March 26, 2012;

WHEREAS, the Court has set a Motion Hearing for April 11, 2012 at 9:00 a.m. before the Honorable Judge Phyllis J. Hamilton;

WHEREAS, no trial date has yet been set in this action;

WHEREAS, this extension will not affect or change the other dates currently scheduled by the Court;

WHEREAS, Plaintiff and Defendant have entered into negotiations relating to a stipulation as to the Third Motion to Amend;

WHEREAS, on account of those above-referenced negotiations, Defendant now requires additional time to respond to the Third Motion to Amend, and Plaintiff has agreed to the request of Defendant to: (1) extend the time by which Defendant must answer or otherwise respond to the Third Motion to Amend by approximately 7 days, from March 19, 2012 to and including March 26, 2012; and (2) extend the time by which Plaintiff must reply thereto by approximately 7 days, from March 26, 2012 to and including April 2, 2012; and

IT IS HEREBY STIPULATED by and between the parties hereto that Defendant will have to and including March 26, 2012 to serve and file an answer or other response to the Third Motion to Amend and Plaintiff will have to and including April 2, 2012 to reply thereto.

1 | DATED: March 19, 2012

HOSIE RICE LLP

By: /s/ *William P. Nelson*
    William P. Nelson

    Attorneys for Plaintiff MasterObjects, Inc.

KASOWITZ, BENSON, TORRES & FRIEDMAN LLP

By: /s/ *Joseph B. Shear*
    Joseph B. Shear

    Attorneys for Defendant and
    Counterclaimant GOOGLE INC.

STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINES RELATED TO PLAINTIFF'S MOTION FOR LEAVE TO FILE THIRD AMENDED COMPLAINT

- 3 -

CASE NO. CV 11-01054 PH

1  I hereby attest pursuant to General Order 45.X.B. that concurrence in the electronic filing of this document has been obtained from the other signatories.

DATED: March 19, 2012

                                                /s/ *Joseph B. Shear*
                                                Joseph B. Shear

1
2
3
4
5
6
7
8
9

**[PROPOSED] ORDER**

**PURSUANT TO STIPULATION IT IS ORDERED THAT**

Defendant will have to and including March 26, 2012 to serve and file an answer or other response to the Plaintiff's Motion for Leave to File Third Amended Complaint, and Plaintiff will have to and including April 2, 2012 to

Dated: 3/20/12 _____

**DENIED**
*[Signature]*
Judge Phyllis J. Hamilton

_____
Hon. Phyllis J. Hamilton
U.S. District Judge

STIPULATION AND [PROPOSED] ORDER TO
EXTEND DEADLINES RELATED TO PLAINTIFF'S
MOTION FOR LEAVE TO FILE THIRD AMENDED
COMPLAINT

- 5 -

CASE NO. CV 11-01054 PH