SPENCER HOSIE (CA Bar No. 101777)
shosie@hosielaw.com
GEORGE F. BISHOP (CA Bar No. 89205)
gbishop@hosielaw.com
DIANE S. RICE (CA Bar No. 118303)
drice@hosielaw.com
WILLIAM P. NELSON (CA Bar No. 196091)
wnelson@hosielaw.com
HOSIE RICE LLP
600 Montgomery Street, 34th Floor
San Francisco, CA 941111
(415) 247-6000 Tel.
(415) 247-6001 Fax

*Attorneys for Plaintiff*
*MASTEROBJECTS, INC.*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| MASTEROBJECTS, INC., <br><br> Plaintiff, <br><br> v. <br><br> GOOGLE INC., <br><br> Defendant. | Case No. CV 11-1054 PJH <br><br> **NOTICE OF HEARING RE: PLAINTIFF'S MOTION FOR LEAVE TO FILE THIRD AMENDED COMPLAINT** <br><br> **Hearing Date: April 25, 2012** <br> **Time: 9:00 a.m.** <br> **Courtroom: 3, Third Floor** <br> **The Honorable Phyllis J. Hamilton** |

Pursuant to Civil L.R. 7-2 and Fed. R. Civ. P. 15, Plaintiff MasterObjects, Inc. ("MasterObjects") hereby provides notice of a new hearing date for its Motion to For Leave to Serve Its Third Amended Complaint (Docket No. 78). Pursuant to the stipulation between the parties seeking to extend time for Defendant Google Inc. to file its response to Plaintiff's motion, hearing on the motion has now been set for April 25,

2012, at 9:00 a.m., in order that briefing (if necessary) may be completed more than 14 days before the hearing date.

Dated:  March 21, 2012                    Respectfully submitted,


*/s/ William P. Nelson*
SPENCER HOSIE (CA Bar No. 101777)
shosie@hosielaw.com
GEORGE F. BISHOP (CA Bar No. 89205)
gbishop@hosielaw.com
DIANE S. RICE (CA Bar No. 118303)
drice@hosielaw.com
WILLIAM P. NELSON (CA Bar No. 196091)
wnelson@hosielaw.com
HOSIE RICE LLP
600 Montgomery Street, 34th Floor
San Francisco, CA 941111
 (415) 247-6000 Tel.
(415) 247-6001 Fax

*Attorneys for Plaintiff*
*MASTEROBJECTS, INC.*