SPENCER HOSIE (SBN 101777)
shosie@hosielaw.com
GEORGE F. BISHOP (SBN 89205)
gbishop@hosielaw.com
DIANE S. RICE (SBN 118303)
drice@hosielaw.com
WILLIAM P. NELSON (SBN 196091)
wnelson@hosielaw.com
HOSIE RICE LLP
600 Montgomery Street, 34th Floor
San Francisco, CA 941111
(415) 247-6000 Tel.
(415) 247-6001 Fax

Attorneys for Plaintiff and Counter-defendant
MASTEROBJECTS, INC.

DOUGLAS E. LUMISH (Bar No. 183863)
dlumish@kasowitz.com
JEFFREY G. HOMRIG (Bar No. 215890)
jhomrig@kasowitz.com
JOSEPH H. LEE (Bar No. 248046)
jlee@kasowitz.com
JOSEPH B. SHEAR (Bar No. 262222)
jshear@kasowitz.com
KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
333 Twin Dolphin Drive, Suite 200
Redwood Shores, CA 94065
Telephone (650) 453-5170
Facsimile (650) 453-5171

JONATHAN K. WALDROP (*pro hac vice*)
jwaldrop@kasowitz.com
KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
1349 WEST PEACHTREE STREET, N.W., SUITE 1500
ATLANTA, GA 30309
Telephone (404) 260-6133
Facsimile (404) 260-6081

Attorneys for Defendant and Counterclaimant
GOOGLE, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MASTEROBJECTS, INC.,<br><br>    Plaintiff and Counter-defendant<br><br>v.<br><br>GOOGLE INC.,<br><br>    Defendant and Counterclaimant. | CASE NO. CV 11-01054 PJH<br><br>**STIPULATION TO EXTEND DEADLINES RELATED TO PLAINTIFF'S MOTION FOR LEAVE TO FILE THIRD AMENDED COMPLAINT AND [PROPOSED] ORDER** |

STIPULATION TO EXTEND DEADLINES RELATED TO PLAINTIFF'S MOTION FOR LEAVE TO FILE THIRD AMENDED COMPLAINT AND [PROPOSED] ORDER

CASE NO. CV 11-01054 PJH

1  Pursuant to Civil L.R. 6-2, Plaintiff MasterObjects, Inc. ("Plaintiff") and Defendant
2  Google Inc. ("Defendant"), hereby stipulate as follows:
3  WHEREAS, on or about March 5, 2012, Plaintiff filed its Motion for Leave to File
4  Third Amended Complaint (the "Third Motion to Amend");
5  WHEREAS, Defendant's response is due March 19, 2012, and Plaintiff's reply is
6  due March 26, 2012;
7  WHEREAS, Hearing on Plaintiff's Third Motion to Amend has been set for April
8  11, 2012 at 9:00 a.m. before the Honorable Judge Phyllis J. Hamilton;
9  WHEREAS, contemporaneously with this Motion, Plaintiff is re-noticing the
10  hearing on Plaintiff's Third Motion to Amend for April 25, 2012 at 9:00 a.m.;
11  WHEREAS, no trial date has yet been set in this action;
12  WHEREAS, this extension will not affect or change the other dates currently
13  scheduled by the Court;
14  WHEREAS, Plaintiff and Defendant have entered into negotiations relating to a
15  stipulation as to the Third Motion to Amend;
16  WHEREAS, on account of those above-referenced negotiations, Defendant now
17  requires additional time to respond to the Third Motion to Amend, and Plaintiff has
18  agreed to the request of Defendant to: (1) extend the time by which Defendant must
19  answer or otherwise respond to the Third Motion to Amend by approximately 8 days,
20  from March 19, 2012 to and including March 27, 2012; and (2) extend the time by which
21  Plaintiff must reply thereto by approximately 7 days, from March 26, 2012 to and
22  including April 2, 2012; and
23  IT IS HEREBY STIPULATED by and between the parties hereto that Defendant
24  will have to and including March 27, 2012 to serve and file an answer or other response to
25  the Third Motion to Amend and Plaintiff will have to and including April 2, 2012 to reply
26  thereto.

DATED: March 21, 2012

HOSIE RICE LLP

By: /s/ *William P. Nelson*
    William P. Nelson

Attorneys for Plaintiff MasterObjects, Inc.

K<small>ASOWITZ</small>, B<small>ENSON</small>, T<small>ORRES</small> & F<small>RIEDMAN</small> LLP

By: /s/ *Jonathan K. Waldrop*
    Jonathan K. Waldrop

Attorneys for Defendant and Counterclaimant GOOGLE INC.

I hereby attest pursuant to General Order 45.X.B. that concurrence in the electronic filing of this document has been obtained from the other signatories.

DATED: March 21, 2012

                    /s/ *William P. Nelson*_____
                    William P. Nelson

STIPULATION TO EXTEND DEADLINES AND [PROPOSED] ORDER - 4 - CASE NO. CV 11-01054 PH

# [PROPOSED] ORDER

**PURSUANT TO STIPULATION IT IS ORDERED THAT**

Defendant will have to and including March 27, 2012 to serve and file an answer or other response to the Plaintiff's Motion for Leave to File Third Amended Complaint, and Plaintiff will have to and including April 2, 2012 to reply thereto.

Dated: _____        _____
                              Honorable Phyllis J. Hamilton
                              U.S. District Judge