LINFONG TZENG (Bar No. 281798)
ltzeng@kasowitz.com
KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
333 Twin Dolphin Drive, Suite 200
Redwood Shores, California 94065
Telephone (650) 453-5170
Facsimile (650) 453-5171

Attorneys for Defendant and Counterclaimant
GOOGLE, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MASTEROBJECTS, INC.,<br><br>            Plaintiff and<br>            Counter-defendant<br>     v.<br><br>GOOGLE INC.,<br><br>            Defendant and<br>            Counterclaimant. | Case No. CV 11-01054 PJH<br><br>**NOTICE OF APPEARANCE OF LINFONG TZENG** |

Notice is hereby given that the undersigned attorney, Linfong Tzeng, of Kasowitz, Benson, Torres & Friedman LLP is entering an appearance as counsel in this matter on behalf of Defendant and Counterclaimant Google Inc.

The undersigned has the following contact information:

Linfong Tzeng
KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
333 Twin Dolphin Drive, Suite 200
Redwood Shores, CA 94065
Telephone (650) 453-5170
Facsimile (650) 453-5171
Email: ltzeng@kasowitz.com

1 | Dated:  April 6, 2012

KASOWITZ, BENSON, TORRES & FRIEDMAN LLP

By:  /s/ Linfong Tzeng
     Linfong Tzeng

Attorneys for Defendant and
Counterclaimant GOOGLE INC.