TERRENCE P. McMAHON (SBN: 71910)
tmcmahon@mwe.com
McDERMOTT WILL & EMERY LLP
275 Middlefield Road, Suite 100
Menlo Park, CA 94025-4004
Telephone: +1 650 815 7400
Facsimile: +1 650 815 7401

DANIEL R. FOSTER (SBN: 179753)
dfoster@mwe.com
McDERMOTT WILL & EMERY LLP
4 Park Plaza, Suite 1700
Irvine, CA 92614-2559
Telephone: +1 949 757 7103
Facsimile: +1 949 851-9347

Attorneys for Defendant and Counterclaimant
GOOGLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MASTEROBJECTS, INC., <br><br> Plaintiff, <br><br> v. <br><br> GOOGLE INC., <br><br> Defendant. <br><br> AND RELATED COUNTERCLAIMS. | CASE NO. CV 11-01054 PJH <br><br> NOTICE OF WITHDRAWAL OF VANESSA LEFORT AS ATTORNEY OF RECORD FOR GOOGLE INC. <br><br> Dept: Courtroom 3 – 3rd Floor <br> Before: Hon. Phyllis J. Hamilton <br> Complaint Filed: March 7, 2011 <br> Trial Date: None set |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that as of April 11, 2012 Vanessa Lefort will no longer be associated with the law firm of McDermott Will & Emery LLP, 275 Middlefield Road, Suite 100, Menlo Park, California 94025. Therefore, Ms. Lefort's appearance as counsel of record for Google Inc. is hereby withdrawn. All other attorneys of record listed above for McDermott Will & Emery LLP will continue as counsel for Google Inc.

NOTICE OF WITHDRAWAL OF VERA M. ELSON AS ATTORNEY OF RECORD

CASE NO. CV 11-01054 PJH

| | |
|---|---|
| Date:  April 10, 2012 | McDERMOTT WILL & EMERY LLP |
| | By: *Daniel R. Foster* |
| | DANIEL R. FOSTER |
| | Attorneys for Defendant and Counterclaimant |
| | GOOGLE INC. |

DM_US 33295467-1.088978.0011