SPENCER HOSIE (CA Bar No. 101777)
shosie@hosielaw.com
GEORGE F. BISHOP (CA Bar No. 89205)
gbishop@hosielaw.com
DIANE S. RICE (CA Bar No. 118303)
drice@hosielaw.com
WILLIAM P. NELSON (CA Bar No. 196091)
wnelson@hosielaw.com
HOSIE RICE LLP
600 Montgomery Street, 34th Floor
San Francisco, CA 941111
(415) 247-6000 Tel.
(415) 247-6001 Fax

*Attorneys for Plaintiff*
*MASTEROBJECTS, INC.*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| MASTEROBJECTS, INC., <br><br> Plaintiff, <br><br> v. <br><br> GOOGLE INC., <br><br> Defendant. | Case No. CV 11-1054 PJH <br><br> **PLAINTIFF MASTEROBJECTS, INC.'S ANSWER TO DEFENDANT GOOGLE INC.'S THIRD AMENDED COUNTERCLAIMS** <br><br> **JURY TRIAL DEMANDED** |

**ANSWER TO COUNTERCLAIMS**

MasterObjects, Inc. ("MasterObjects"), Plaintiff and Counter-Defendant, hereby states its Answer to the Counterclaims alleged by Google Inc. ("Google"), demands a jury trial, and alleges as follows:

**Nature of the Action**

1. Answering the allegations in Paragraph 1, MasterObjects admits said allegations.

**The Parties**

2. Answering the allegations in Paragraph 2, MasterObjects admits said allegations.

3. Answering the allegations in Paragraph 3, MasterObjects admits said allegations.

**Jurisdiction And Venue**

4. Answering the allegations in Paragraph 4, MasterObjects admits said allegations.

5. Answering the allegations in Paragraph 5, MasterObjects admits said allegations.

**COUNT ONE**

**Declaratory Judgment of Non-Infringement of U.S. Patent No. 7,752,326**

6. Answering the allegations in Paragraph 6, MasterObjects restates and realleges its answer to Paragraphs 1 through 5 of Google's Counterclaims above as if set forth fully herein.

7. Answering the allegations in Paragraph 7, MasterObjects admits said allegations.

8. Answering the allegations in Paragraph 8, MasterObjects admits said allegations.

9. Answering the allegations in Paragraph 9, MasterObjects denies said allegations.

## COUNT TWO

### Declaratory Judgment of Invalidity of U.S. Patent No. 7,752,326

10. Answering the allegations in Paragraph 10, MasterObjects restates and realleges its answer to Paragraphs 1 through 5 of Google's Counterclaims above as if set forth fully herein.

11. Answering the allegations in Paragraph 11, MasterObjects admits said allegations.

12. Answering the allegations in Paragraph 12, MasterObjects admits said allegations.

13. Answering the allegations in Paragraph 13, MasterObjects denies said allegations, and denies that Google is entitled to the relief requested.

## COUNT THREE

### Declaratory Judgment of Non-Infringement of U.S. Patent No. 8,060,639

14. Answering the allegations in Paragraph 14, MasterObjects restates and realleges its answer to Paragraphs 1 through 5 of Google's Counterclaims above as if set forth fully herein.

15. Answering the allegations in Paragraph 15, MasterObjects admits said allegations.

16. Answering the allegations in Paragraph 16, MasterObjects admits said allegations.

17. Answering the allegations in Paragraph 17, MasterObjects denies said allegations.

## COUNT FOUR

### Declaratory Judgment of Invalidity of U.S. Patent No. 8,060,639

18. Answering the allegations in Paragraph 18, MasterObjects restates and realleges its answer to Paragraphs 1 through 5 of Google's Counterclaims above as if set forth fully herein.

19. Answering the allegations in Paragraph 19, MasterObjects admits said allegations.

20. Answering the allegations in Paragraph 20, MasterObjects admits said allegations.

21. Answering the allegations in Paragraph 21, MasterObjects denies said allegations, and denies that Google is entitled to the relief requested.

## COUNT FIVE

### Declaratory Judgment of Non-Infringement of U.S. Patent No. 8,112,529

22. Answering the allegations in Paragraph 22, MasterObjects restates and realleges its answer to Paragraphs 1 through 5 of Google's Counterclaims above as if set forth fully herein.

23. Answering the allegations in Paragraph 23, MasterObjects admits said allegations.

24. Answering the allegations in Paragraph 24, MasterObjects admits said allegations.

25. Answering the allegations in Paragraph 25, MasterObjects denies said allegations.

## COUNT SIX

### Declaratory Judgment of Invalidity of U.S. Patent No. 9,112,529

26. Answering the allegations in Paragraph 26, MasterObjects restates and realleges its answer to Paragraphs 1 through 5 of Google's Counterclaims above as if set forth fully herein.

27. Answering the allegations in Paragraph 27, MasterObjects admits said allegations.

28. Answering the allegations in Paragraph 28, MasterObjects admits said allegations.

29. Answering the allegations in Paragraph 29, MasterObjects denies said allegations, and denies that Google is entitled to the relief requested.

## EXCEPTIONAL CASE

30. Answering the allegations in Paragraph 30, MasterObjects denies said allegations, and denies that Google is entitled to the relief requested.

## RESERVATION OF ADDITIONAL COUNTERCLAIMS

31. Answering the allegations in Paragraph 31, Paragraph 31 states a purported reservation of rights to which no response is required.

## PRAYER FOR RELIEF

Answering Google's Prayer for Relief, MasterObjects denies that Google is entitled to any of the relief it requests, including the relief Google requests in its paragraphs A-I.

WHEREFORE, Plaintiff prays for entry of judgment:

A. Dismissing Google's Counterclaims in their entirety with prejudice, and awarding Google no compensation or remedy of any kind or nature;

B. that the Patents-in-Suit are valid and enforceable;

C. that Defendant has infringed one or more claims of the Patents-in-Suit;

D. that Defendant account for and pay to Plaintiff all damages caused by the infringement of the Patents-in-Suit, which by statute can be no less than a reasonable royalty;

E. that this Court issue a preliminary and final injunction enjoining Google, its officers, agents, servants, employees and attorneys, and any other person in active concert or participation with them, from continuing the acts herein complained of, and more particularly, that Google and such other persons be permanently enjoined and restrained from further infringing the instant search patent;

F. that Plaintiff be granted pre-judgment and post-judgment interest on the damages caused to them by reason of Defendant's infringement of the Patents-in-Suit;

G. that this Court require Defendant to file with this Court, within thirty (30) days after entry of final judgment, a written statement under oath setting forth in detail the manner in which Defendant has complied with the injunction;

G. that this be adjudged an exceptional case and the Plaintiff be awarded its attorney's fees in this action pursuant to 35 U.S.C. § 285;

H. that this Court award Plaintiff its costs and disbursements in this civil action, including reasonable attorney's fees; and

I. that Plaintiff be granted such other and further relief as the Court may deem just and proper under the current circumstances.

Dated:  May 4, 2012                     Respectfully submitted,


/s/William P. Nelson
SPENCER HOSIE (CA Bar No. 101777)
shosie@hosielaw.com
GEORGE F. BISHOP (CA Bar No. 89205)
gbishop@hosielaw.com
DIANE S. RICE (CA Bar No. 118303)
drice@hosielaw.com
WILLIAM P. NELSON (CA Bar No. 196091)
wnelson@hosielaw.com
HOSIE RICE LLP
600 Montgomery Street, 34th Floor
San Francisco, CA 941111
 (415) 247-6000 Tel.
(415) 247-6001 Fax

*Attorneys for Plaintiff*
*MASTEROBJECTS, INC.*

**DEMAND FOR JURY TRIAL**

Plaintiff, by its undersigned attorneys, demands a trial by jury on all issues so triable.

Dated:  May 4, 2012				Respectfully submitted,


*/s/William P. Nelson*_____ _____
SPENCER HOSIE (CA Bar No. 101777)
shosie@hosielaw.com
GEORGE F. BISHOP (CA Bar No. 89205)
gbishop@hosielaw.com
DIANE S. RICE (CA Bar No. 118303)
drice@hosielaw.com
WILLIAM P. NELSON (CA Bar No. 196091)
wnelson@hosielaw.com
HOSIE RICE LLP
600 Montgomery Street, 34th Floor
San Francisco, CA 941111
 (415) 247-6000 Tel.
(415) 247-6001 Fax

*Attorneys for Plaintiff
MASTEROBJECTS, INC.*