SPENCER HOSIE (CA Bar No. 101777)
shosie@hosielaw.com
GEORGE F. BISHOP (CA Bar No. 89205)
gbishop@hosielaw.com
DIANE S. RICE (CA Bar No. 118303)
drice@hosielaw.com
HOSIE RICE LLP
600 Montgomery Street, 34th Floor
San Francisco, CA 941111
(415) 247-6000 Tel.
(415) 247-6001 Fax

*Attorneys for Plaintiff*
*MASTEROBJECTS, INC.*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| MASTEROBJECTS, INC., <br><br> Plaintiff, <br><br> v. <br><br> GOOGLE INC., <br><br> Defendant. | Case No. CV 11-1054 PJH <br><br> **NOTICE OF WITHDRAWAL OF WILLIAM P. NELSON AS ATTORNEY OF RECORD FOR MASTEROBJECTS, INC.** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that as of May 11, 2012 William P. Nelson will no longer be associated with the law firm of Hosie Rice LLP, 600 Montgomery Street, San Francisco, CA 94111. Therefore, Mr. Nelson's appearance as counsel of record for MasterObjects, Inc. ("MasterObjects") is hereby withdrawn. All other attorneys of record listed above for Hosie Rice LLP will continue as counsel for MasterObjects.

Dated:  May 14, 2012                                     Respectfully submitted,


 /s/ Spencer Hosie
SPENCER HOSIE (CA Bar No. 101777)
shosie@hosielaw.com
GEORGE F. BISHOP (CA Bar No. 89205)
gbishop@hosielaw.com
DIANE S. RICE (CA Bar No. 118303)
drice@hosielaw.com
HOSIE RICE LLP
Transamerica Pyramid, 34th Floor
600 Montgomery Street
San Francisco, CA 94111
 (415) 247-6000 Tel.
 (415) 247-6001 Fax