

HOSIE | RICE LLP
ATTORNEYS AT LAW

Transamerica Pyramid, 34th Floor
600 Montgomery Street
San Francisco, California 94111
T: 415.247.6000   F: 415.247.6001

July 2, 2012

Magistrate Judge Laurel Beeler
United States District Court
450 Golden Gate Avenue, 16th Floor
San Francisco, CA  94102
Lashanda_scott@cand.uscourts.gov

Re:   *MasterObjects, Inc. v. Google, Inc.*
      Case No. CV 11-1054 PJH (LB)

Dear Judge Beeler:

We write to inform the Court that MasterObjects and Google have reached an accord that renders moot MasterObjects' cross-motion to reset the infringement contentions due date (Dkt. No. 98). Given this accord, MasterObjects withdraws the cross-motion portion of its joint letter brief, leaving only Google's motion to amend the Model Protective Order outstanding.

Thank you for the Court's attention to this matter.

Very truly yours,

Spencer Hosie

Cc:   Google counsel