SPENCER HOSIE (CA Bar No. 101777)
shosie@hosielaw.com
DIANE S. RICE (CA Bar No. 118303)
drice@hosielaw.com
GEORGE F. BISHOP (CA Bar No. 89205)
gbishop@hosielaw.com
DARRELL R. ATKINSON (CA Bar No. 280564)
datkinson@hosielaw.com
HOSIE RICE LLP
Transamerica Pyramid
600 Montgomery Street, 34th Floor
San Francisco, CA 94111
(415) 247-6000 Tel.
(415) 247-6001 Fax

*Attorneys for Plaintiff*
*MASTEROBJECTS, INC.*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| MASTEROBJECTS, INC., <br><br> Plaintiff, <br><br> v. <br><br> GOOGLE INC., <br><br> Defendant. | Case No. CV 11-1054 PJH <br><br> **NOTICE OF APPEARANCE OF DARRELL R. ATKINSON** |

TO ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT Darrell R. Atkinson of Hosie Rice LLP hereby appears in the above-entitled action as counsel for Plaintiff MASTEROBJECTS, INC. The undersigned requests that copies of all briefs, motions, orders, correspondence and other papers be served upon Mr. Atkinson at his address listed below:

> Darrell R. Atkinson
> HOSIE RICE LLP
> Transamerica Pyramid
> 600 Montgomery Street, 34th Floor
> San Francisco, CA  94111
> Telephone: 415-247-6000
> Facsimile: 415-247-6001
> Email: datkinson@hosielaw.com

Dated:  July 9, 2012                Respectfully submitted:

*/s/ Darrell R. Atkinson*_____
SPENCER HOSIE (CA Bar No. 101777)
shosie@hosielaw.com
DIANE S. RICE (CA Bar No. 118303)
drice@hosielaw.com
GEORGE F. BISHOP (CA Bar No. 89205)
gbishop@hosielaw.com
DARRELL R. ATKINSON (CA Bar No. 280564)
datkinson@hosielaw.com
HOSIE RICE LLP
Transamerica Pyramid
600 Montgomery Street, 34th Floor
San Francisco, CA 94111
(415) 247-6000 Tel.
(415) 247-6001 Fax

Attorneys for Plaintiff
*MasterObjects, Inc.*