**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CIVIL MINUTE ORDER**

**Magistrate Judge LAUREL BEELER**

Date: **December 20, 2012**

**C 11-1054 PJH (LB)**

**MasterObjects, Inc. v Google, Inc.**

Plaintiff Attorney(s):      Spencer Hosie (telephonic)
Defendant Attorney(s):   Douglas E. Lumish and Shane Glynn

                                                           Time: 14 Minutes
Deputy Clerk: **LASHANDA SCOTT**        Reporter: **Kathy Wyatt**

| **PROCEEDINGS:** | **RULING:** |
|---|---|
| 1. Discovery Hearing | Matter Held |
| 2. | |

(  ) Status Conference     (  ) P/T Conference     (  ) Case Management Conference

**ORDERED AFTER HEARING:**

( XX) ORDER TO BE PREPARED BY:   Plntf_____   Deft_____   Court XX

(  ) Referred to Magistrate For:

(  ) CASE CONTINUED TO_____   for _____

Notes: