SPENCER HOSIE (SBN 101777)
shosie@hosielaw.com
DIANE S. RICE (SBN 118303)
drice@hosielaw.com
DARRELL R. ATKINSON (SBN 280564)
datkinson@hosielaw.com
HOSIE RICE LLP
600 Montgomery Street, 34th Floor
San Francisco, CA 94111
Telephone (415) 247-6000
Facsimile (415) 247-6001

Attorneys for Plaintiff
MASTEROBJECTS, INC.

JOSEPH B. SHEAR (Bar No. 262222)
jshear@kasowitz.com
KEITH J. MITRO (Bar No. 287108)
kmitro@kasowitz.com
KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
333 Twin Dolphin Drive, Suite 200
Redwood Shores, CA 94065
Telephone (650) 453-5170
Facsimile (650) 453-5171

JONATHAN K. WALDROP (*pro hac vice*)
jwaldrop@kasowitz.com
DARCY L. JONES (*pro hac vice*)
djones@kasowitz.com
KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
1349 West Peachtree Street, N.W., Suite 1500
Atlanta, GA 30309
Telephone (404) 260-6080
Facsimile (404) 260-6081

Attorneys for Defendant and Counterclaimant
GOOGLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MASTEROBJECTS, INC.,<br><br>　　　　　Plaintiff and<br>　　　　　Counter-defendant<br>　v.<br><br>GOOGLE INC.,<br><br>　　　　　Defendant and<br>　　　　　Counterclaimant. | CASE NO. CV 11-01054 PJH<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING EXTENSION OF TIME TO FILE SUMMARY JUDGMENT MOTION** |

1     Pursuant to Civil Local Rules 6-2 and 7-12, Plaintiff and Counter-defendant MasterObjects, Inc. ("MasterObjects") and Defendant and Counterclaimant Google Inc. ("Google"), hereby stipulate through their respective counsel of record as follows:

    WHEREAS, during the Court's Case Management Conference on June 20, 2013, Google requested leave to file an early motion for summary judgment;

    WHEREAS, on June 20, 2013, this Court granted Google leave to file an early motion for summary judgment by October 16, 2013 (D.I. 164);

    WHEREAS, the Court further ordered that the opposition shall be filed by October 30, 2013; the reply by November 6, 2013; with a hearing to be noticed for November 20, 2013 (D.I. 164);

    WHEREAS, the parties are exploring options that may moot the need to file a summary judgment motion;

    WHEREAS, the parties have not previously extended the time for briefing and hearing on this motion;

    NOW THEREFORE the parties through their undersigned counsel hereby stipulate and request that the Court grant, pursuant to Civil L.R. 6-2 that:

- The time to file Google's early motion for summary judgment be extended until October 30, 2013;
- The time to file the opposition to Google's early motion for summary judgment be extended until November 13, 2013;
- The time to file the reply to Google's early motion for summary judgment be extended until November 20, 2013; and
- The hearing for Google's early motion for summary judgment be noticed for December 4, 2013, or as soon thereafter at the Court's convenience.

    IT IS SO STIPULATED.

JOINT STIPULATION AND [PROPOSED] ORDER REGARDING EXTENSION OF TIME TO FILE SUMMARY JUDGMENT MOTION     - 1 -     CASE NO. CV 11-01054 PJH

| | | |
|---|---|---|
| 1 | Dated:  October 15, 2013 | |
| 2 | | HOSIE RICE LLP |
| 3 | | |
| 4 | | By: */s/ Spencer Hosie* |
| | | Spencer Hosie (CA Bar No. 101777) |
| 5 | | shosie@hosielaw.com |
| | | Diane S. Rice (CA Bar No. 118303) |
| 6 | | drice@hosielaw.com |
| | | Darrell R. Atkinson (CA Bar No. 280564) |
| 7 | | datkinson@hosielaw.com |
| | | 600 Montgomery Street, 34th Floor |
| 8 | | San Francisco, CA  94111 |
| | | Tel:  (415) 247-6000; Fax: (415) 247-6001 |
| 9 | | Attorneys for Plaintiff and Counter-defendant |
| 10 | | MASTEROBJECTS, INC. |
| 11 | Dated:  October 15, 2013 | KASOWITZ, BENSON, TORRES & FRIEDMAN LLP |

By: */s/ Joseph B. Shear*
Joseph B. Shear (Bar No. 262222)
jshear@kasowitz.com
Keith J. Mitro (Bar No. 287108)
kmitro@kasowitz.com
333 Twin Dolphin Drive, Suite 200
Redwood Shores, CA  94065
Tel: (650) 453-5170; Fax: (650) 453-5171

Jonathan K. Waldrop (*pro hac vice*)
jwaldrop@kasowitz.com
Darcy L. Jones (*pro hac vice*)
djones@kasowitz.com
1349 West Peachtree Street, N.W., Suite 1500
Atlanta, GA 30309
Tel: (404) 260-608; Fax: (404) 260-6081

Attorneys for Defendant and Counterclaimant
GOOGLE INC.

JOINT STIPULATION AND [PROPOSED] ORDER
REGARDING EXTENSION OF TIME TO FILE           - 2 -                    CASE NO. CV 11-01054 PJH (LB)
SUMMARY JUDGMENT MOTION

1  I hereby attest pursuant to L.R. 5.1(i)(3) that concurrence in the electronic filing of this
2  document has been obtained from the other signatories.

3

4  Dated: October 15, 2013          */s/ Joseph B. Shear*
                                    Joseph B. Shear

5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# [~~PROPOSED~~] ORDER

**PURSUANT TO STIPULATION, IT IS ORDERED THAT**

- The time to file Google's early motion for summary judgment be extended until October 30, 2013;
- The time to file the opposition to Google's early motion for summary judgment be extended until November 13, 2013;
- The time to file the reply to Google's early motion for summary judgment be extended until November 20, 2013; and
- The hearing for Google's early motion for summary judgment be noticed for December 4, 2013, or as soon thereafter at the Court's convenience.

DATED: October 21, 2013



Hon. Phyllis J. Hamilton
United States District Judge

JOINT STIPULATION AND [PROPOSED] ORDER
REGARDING EXTENSION OF TIME TO FILE
SUMMARY JUDGMENT MOTION

- 4 -

CASE NO. CV 11-01054 PJH (LB)